

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2014

No. 04-14-00550-CV

**IN RE FREEDOM BIBLE RESEARCH INSTITUTE**
a/k/a Body of Christ Camp and Timothy Raub

Original Mandamus Proceeding[1]

**ORDER**

On August 4, 2014, relators Freedom Bible Research Institute a/k/a Body of Christ Camp and Timothy Raub, filed this petition for a writ of mandamus. The court has considered relators' petition and the response of the real parties in interest and has determined that relators are entitled to the relief requested in part. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED IN PART. TEX. R. APP. P. 52.8(c).

The Honorable Antonia Arteaga is ORDERED to vacate the portions of orders dated July 3 and August 1, 2014, finding that FBRI or the Camp are before the court and allowing substitution pursuant to Rule 28, as well as any findings with respect to FBRI or the Camp, and any procedural or monetary sanctions imposed upon FBRI or the Camp. The writ will issue only if we are notified that Judge Arteaga has not done as directed within fifteen days from the date of this order.

The motion for sanctions filed on September 18, 2014 on behalf of the real parties in interest is DENIED.

It is so **ORDERED** on November 12, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2014.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2009CI00467, styled *Frances McClintock, Individually and as Next Friend of S.M., A Minor Child v. Love Demonstrated Ministries International, Inc., et al.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.